# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>          **v.**<br><br>**KEONNA THOMAS**<br>     a/k/a "Fatayat Al Khilafah"<br>     a/k/a "YoungLioness" | **CRIMINAL NO. 15-171** |

## ORDER

**AND NOW**, this _2nd_ day of June, 2016, upon consideration of the Defendant's Motion for a Bill of Particulars (ECF 40) and all submissions related thereto, and for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that the Motion is **DENIED.**

                                             **BY THE COURT:**

                                             */s/ Michael M. Baylson*
                                             _____
                                             **MICHAEL M. BAYLSON, U.S.D.J.**

O:\Criminal Cases\15-171 US v Thomas\15cr171 Order re Bill of Particulars.docx