IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA<br><br>v.<br><br>KEONNA THOMAS<br>    a/k/a "Fatayat Al Khilafah"<br>    a/k/a "YoungLioness" | CRIMINAL NO. 15-171 |

## ORDER

**AND NOW**, this   18th   day of August, 2016, upon consideration of Defendant's Motion for Notice and Discovery of Surveillance (ECF 61 under seal, ECF 72 with redactions on the public docket), and all responses related thereto, and for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that Defendant's Motion is **DENIED**.

BY THE COURT:

*/s/ Michael M. Baylson*
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\Criminal Cases\15-171 US v Thomas\15cr171 Order re Motion re Surveillance.docx