**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | |
| KEONNA THOMAS | : | CRIMINAL NO. 15-171 |
| | : | |

**ORDER**

AND NOW, this _7th__ day of March, 2017, upon consideration of Motion of Philly Declaration, LLC and Austin Nolen to Intervene and Unseal, the government's response thereto, and oral argument by all counsel, it is hereby ORDERED AND DECREED that the motion is GRANTED in part and DENIED in part, as follows:

1. Search Warrant Materials: With regard to all search warrants, applications for search warrants, applications filed in support of such warrants, and related returns filed with the Court, government and defense counsel shall stipulate to redactions of all Personally Identifiable Information, and publicly file redacted versions of these documents on or by April 3, 2017____.

2. Docket Numbers 24 and 26: For the reasons set forth in the government's Sealed Response in Opposition to the Motion to Intervene and Unseal, the Motion is denied with regard to these documents, without prejudice to seek unsealing.

3. Docket Number 31: For the reasons set forth in the government's Response in Opposition to the Motion to Intervene and Unseal, the Motion to Unseal is denied and this document shall remain under seal.

4. Docket Number 35:  For the reasons set forth in the government's Response in Opposition to the Motion to Intervene and Unseal, government counsel shall redact any classified information from this document, and publicly file a redacted version of this document on or by April 3, 2017 ____.

5. Docket Numbers 47 and 48:  For the reasons set forth in the government's Response in Opposition to the Motion to Intervene and Unseal, government and defense counsel shall

stipulate to redactions of any Grand Jury information from this document, and publicly file a redacted version of this document on or by    April 3, 2017    .

6. Docket Numbers 61-64,70:  For the reasons set forth in the government's Response in Opposition to the Motion to Intervene and Unseal, the motion to unseal documents 61 and 63 shall be denied as moot.  However, documents 62,64 and 70 shall be unsealed.

7. Keonna Thomas's *Ex Parte* Presentation on 8/12/16 (only):   For the reasons set forth in the Government's Response in Opposition to the Motion to Intervene and Unseal, this *ex parte* Presentation on the date of 8/12/16 only shall be unsealed.  The recording shall be released to defense counsel for review and confirmation prior to unsealing.

8. Docket Numbers 86 and 88:   For the reasons set forth in the government's Response in Opposition To the Motion to Intervene and Unseal, the motion to unseal documents 86 and 88 shall be denied as moot.

9. Motion to Intervene ECF # 87 is GRANTED.

10. Intervenors shall review the additional materials unsealed by the government and file a supplemental memorandum by May 3, 2017.

11. The government and defense counsel shall respond by May 17, 2017.

12. The Court will set a further hearing on May 25, 2017 at 3:00 pm.

BY THE COURT:

*/s/ Michael M. Baylson*

HONORABLE MICHAEL M. BAYLSON, U.S.D.C.J