```
                 IN THE UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| UNITED STATES OF AMERICA | : Date of |
| | : Notice:    March 13, 2017 |
| vs. | : |
| | : |
| KEONNA THOMAS  #72012-066 | : Criminal No. 15-171 |
| FDC – Phila. | |
| P.O. Box 562 | |
| Phila., PA  19105 | |

**NOTICE**

       **TAKE NOTICE** that the above-entitled case has been set for a **HEARING** in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, on **May 25, 2017** at **3:00  PM** before the Honorable Michael M. Baylson. **Courtroom 3A.**

       **ALL DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE.  IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

       If a defendant is presently in jail, the defendant or his counsel shall notify the undersigned in writing immediately so that the necessary procedures can be taken to have the defendant present in the courtroom.

       Very truly yours,

       _____/s/
       Janice A. Lutz
       Criminal/Courtroom Deputy to the
       Honorable Michael M. Baylson
       267-299-7291
       267-299-7528 (fax)

**[ ]   INTERPRETER REQUIRED**
**[ ]   THIS PROCEEDING HAS BEEN RESCHEDULED FROM**
**SPEEDY TRIAL DATE:** _____

Notice to:     Defendant (via mail)
              Kathleen Gaughan, Defense Counsel (via email)
              Elizabeth Toplin, Defense Counsel (via email)
              Jennifer Williams, AUSA (via email)
              U.S. Marshal (via email)
              Probation Office (via email)
              Pretrial Services (via email)
              Larry Bowman (via email)
              Paul Safier, Esquire (via email)