IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA<br><br>v.<br><br>KEONNA THOMAS | CRIMINAL ACTION<br><br>NO. 15-171 |
|---|---|

## ORDER

AND NOW, this 28th day of June, 2017, for the reasons stated in the foregoing memorandum, it is hereby **ORDERED** that Intervenors' Motion to Unseal ECF Nos. 47, 24, 26, and 87 is **DENIED**, with prejudice.

BY THE COURT:

 /s/ *Michael M. Baylson*
_____
HONORABLE MICHAEL M. BAYLSON
United States District Court Judge

O:\Jessica.2016\U.S. v. Thomas\Motion to unseal Order.docx