**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | :<br>:<br>:<br>:  **CRIMINAL NO. 15-171**<br>:<br>:<br>**v.**  :<br>:<br>**KEONNA THOMAS,**  :<br>    a/k/a "Fatayat Al Khilafah"  :<br>    a/k/a "YoungLioness"  :<br>:<br>:<br>: |

**NOTICE OF CHANGE OF ADDRESS**

Please take notice of the following change of address information for the undersigned:

Old Address:                                             New Address as of October 1, 2017

Paul Safier                                              Paul Safier
Levine Sullivan Koch & Schulz, LLP                       BALLARD SPAHR LLP
1760 Market St., Suite 1001                              1735 Market St., 51st Floor
Philadelphia, PA 19103                                   Philadelphia, PA 19103
Tel: (215) 988-9146                                      Tel: (215) 988-9146
Email: psafier@lskslaw.com                               Email: safierp@ballardspahr.com


Dated: November 13, 2017            Respectfully submitted,

                                    BALLARD SPAHR LLP


                                    By:   */s/Paul Safier*
                                          Paul Safier
                                          safierp@ballardspahr.com
                                          Identification No. 209154
                                          1735 Market St., 51st Floor
                                          Philadelphia, PA 19103
                                          Tel: (215) 988-9146
                                          Fax: (215) 988-9750

*Attorney for Intervenors Philly Declaration,
LLC and Austin Nolen*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of November, 2017, I caused the foregoing **NOTICE OF CHANGE OF ADDRESS** to be served via ECF to the following counsel of record:

Jennifer A. Williams
U.S. Attorney's Office
615 Chestnut St., Suite 1250
Philadelphia, PA 19106
jennifer.a.williams@usdoj.gov

*Attorney for the United States*

Elizabeth Toplin
Federal Community Defender Office
601 Walnut St., Suite 545W
Philadelphia, PA 19106
elizabeth_toplin@fd.org

Kathleen M. Gaughan
Federal Community Defender Office
601 Walnut St., Suite 540
Philadelphia, PA 19106
kathleen_gaughan@fd.org

*Attorneys for Defendant*

    /s/ *Paul Safier*