UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 17-2644
_____

UNITED STATES OF AMERICA

v.

KEONNA THOMAS

PHILLY DECLARATION, L.L.C., and AUSTIN NOLEN,
Appellants

_____

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(D.C. Crim. Action No. 2-15-cr-00171-001)
District Judge: Honorable Michael M. Baylson

_____

Submitted Under Third Circuit L.A.R. 34.1(a)
July 10, 2018

_____

Before: GREENAWAY, JR., RESTREPO, and BIBAS, *Circuit Judges*.

_____

JUDGMENT
_____

This cause came to be considered on the record from the United States District Court

for the Eastern District of Pennsylvania and was submitted pursuant to Third Circuit L.A.R.

34.1(a) on July 10, 2018. On consideration whereof, it is now hereby ORDERED and

ADJUDGED by this Court that the judgment of the District Court entered on June 29, 2017 is hereby affirmed in part and vacated in part, and the case is remanded for further proceedings. All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: September 21, 2018

Certified as a true copy and issued in lieu of a formal mandate on   November 1, 2018

**Teste:** *Patricia A Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**