## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| USA | CRIMINAL ACTION |
|---|---|
| v. | NO. 15-171 |
| KEONNA THOMAS | DATE OF NOTICE: November 21, 2018 |

### NOTICE

Please be advised that a **Status Hearing** will be held **Wednesday, November 28, 2018 at 10:00 AM**, before the Honorable Michael M. Baylson in Courtroom 3A (3rd Floor), U.S. Courthouse, 601 Market Street, Philadelphia.

                                              _____/s/_____
                                              Janice Lutz
                                              Criminal Deputy to the
                                              Honorable Michael M. Baylson
                                              267-299-7520

Notice to: Jennifer Williams, AUSA (Email)
           Elizabeth Toplin, Defense Counsel (Email)
           Kathleen Gaughan, Defense Counsel (Email)
           Paul Safier, Esquire (Email)
           Michael Berry, Esquire (Email)

O:\Janice\HEARING.NOTICES\15\15-171 status.doc