IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>      v.<br><br>Keonna Thomas,<br><br>            Defendant. | :<br>:<br>:<br>:<br>:<br>:   NO. 2:15-cr-00171-MMB<br>:<br>:<br>:<br>:<br>: |

## JOINT STIPULATION

Undersigned counsel hereby jointly stipulate as follows:

1. In light of Keonna Thomas's November 28, 2018 filing (ECF 143), there are no remaining issues before this Court arising out of the November 16, 2016 intervention in these proceedings by Philly Declaration, LLC and Austin Nolen.

Dated: December 3, 2018                 Respectfully submitted,

| | |
|---|---|
| */s/Elizabeth Toplin*<br>Elizabeth Toplin<br>Kathleen M. Gaughan<br>Federal Community Defender Office<br>601 Walnut St., Suite 540<br>Philadelphia, PA 19106<br><br>*Attorneys for Defendant Keonna Thomas*<br><br>*/s/Jennifer A. Williams*<br>Jennifer A. Williams<br>U.S. Attorney's Office<br>615 Chestnut St., Suite 1250<br>Philadelphia, PA 19106<br><br>*Attorney for the United States* | */s/ Paul Safier*<br>Michael Berry<br>berrym@ballardspahr.com<br>Paul Safier<br>safierp@ballardspahr.com<br>Ballard Spahr LLP<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103-7599<br>Telephone: 215.665.8500<br>Facsimile: 215.864.8999<br><br>*Attorneys for Intervenors Philly Declaration, LLC and Austin Nolen* |